# UNITED STATES DISTRICT COURT

## District of Minnesota

Vinay Bodepudi,

Petitioner,

v.

Markwayne Mullin, David Venturella, David Easterwood, Eric Tollefson, Todd Blanche,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-894 KMM/LIB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Vinay B.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is **DISMISSED as moot**, and his request for attorney's fees under the EAJA is **DENIED**.

Date: 6/9/2026

KATE M. FOGARTY, CLERK